IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OTIS COOPER, | No. C 07-4195 MMC (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| SOLANO COUNTY SHERIFF'S DEPARTMENT, JOHN DOES SHERIFF'S DEPUTIES 1-7, | **(Docket No. 2)** |
| Defendants. | |

On August 16, 2007, plaintiff, a California prisoner proceeding pro se, filed the above-titled complaint pursuant to 42 U.S.C. § 1983. Plaintiff alleges that defendants, all Solano County Sheriff's Department employees, violated plaintiff's constitutional rights.

Venue may be raised by the court sua sponte where the defendant has not filed a responsive pleading and the time for doing so has not run. See Costlow v. Weeks, 790 F.2d 1486, 1488 (9th Cir. 1986). When jurisdiction is not founded solely on diversity, venue is proper in (1) the district in which any defendant resides, if all of the defendants reside in the same state; (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated; or (3) a judicial district in which any defendant may be found, if there is no district

in which the action may otherwise be brought. See 28 U.S.C. § 1391(b). When venue is improper, the district court has the discretion to either dismiss the case or transfer it "in the interest of justice." See 28 U.S.C. § 1406(a).

It is clear from the complaint and the attachments thereto that plaintiff's claims arise out of actions alleged to have been committed at the Solano County Jail by defendants employed by the Solano County Sheriff's Department. Solano County, California, is within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). As a result, venue is proper in the Eastern District of California, not in the Northern District.

Accordingly, in the interest of justice, the above-titled action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. In light of the transfer, this Court will defer to the Eastern District with respect to plaintiff's application to proceed in forma pauperis.

The Clerk shall close the file and terminate Docket No. 2 on this Court's docket.

IT IS SO ORDERED.

DATED: August 28, 2007

_____
MAXINE M. CHESNEY
United States District Judge