**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 29, 2007

United States District Court
Eastern District of California
501 I Street, Suite. 4-200
Sacramento, CA 95814

RE: CV 07-04195 MMC  ROBERT COOPER-v-SOLANO COUNTY SHERIFF DEPT

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        X    Certified copy of docket entries.

        X    Certified copy of Transferral Order.

        X    Original case file documents.

        ☐    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        *R. C. Santos*

        by:  RUFINO C. SANTOS
              Deputy Clerk

Enclosures
Copies to counsel of record